Certificate Number: 16339-PAM-DE-035647486

Bankruptcy Case Number: 21-00141



16339-PAM-DE-035647486

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 6, 2021</u>, at <u>10:58</u> o'clock <u>PM EDT</u>, <u>Nathan Stepler</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: May 6, 2021

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor