Certificate Number: 16339-PAM-DE-035647487

Bankruptcy Case Number: 21-00141



16339-PAM-DE-035647487

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 6, 2021, at 10:58 o'clock PM EDT, Becky Stepler completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: May 6, 2021

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor