UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re: Nathan A Stepler
Becky L Stepler

Case No.:1-21-00141HWV

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Flagstar |
| Court Claim Number: | 04 |
| Last Four of Loan Number: | 7848 |
| Property Address if applicable: | 19759 Path Valley Rd |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $15,490.36 |
| b. | Prepetition arrearages paid by the trustee: | $15,490.36 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $15,490.36 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage was paid through the Trustee from March 2021 through May 2024

| | |
|---|---|
| Current monthly mortgage payment: | $1,011.67 |
| The next post-petition payment was due on: | June 2024 |

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the

default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: July 18, 2024    Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
email:  info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: Nathan A Stepler
    Becky L Stepler

Case No.:1-21-00141HWV

Chapter 13

**Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on July 18, 2024, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Nicholas G. Platt, Esquire
Mooney Law
230 York St
Hanover PA 17331

**Served by First Class Mail**
Flagstar Bank
ATT: Customer Service Dept
5151 Corporate Dr
Troy MI 48098

Nathan A Stepler
Becky L Stepler
19759 Path Valley Rd
Dry Run PA 17220

I certify under penalty of perjury that the foregoing is true and correct.

Date: July 18, 2024

/s/ Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

**Case:** 21-00141     **NATHAN A. STEPLER**

**FLAGSTAR BANK**
5151 CORPORATE DR

TROY, MI  48098-

**Sequence:** 07
**Modify:**
**Filed Date:**
**Hold Code:**

Acct No: 7848

CONDUITS STOPPED AFTER MAY 2024 PAYMENT PER 2ND AP 5/1/24

|  | Amt Sched: | $0.00 | Debt: | $37,744.52 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|---|
|  | Amt Due: | $1,011.67 | Paid: | $37,744.52 | Accrued Int: | $0.00 |
|  |  |  |  |  | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5010** | **FLAGSTAR BANK** | | | | | | | |
| 501-0 | FLAGSTAR BANK | | 05/22/2024 | 2036325 | $1,011.67 | $0.00 | $1,011.67 | 05/31/2024 |
| | Payment for 5/2024 | | | | | | | |
| 501-0 | FLAGSTAR BANK | | 04/17/2024 | 2035328 | $1,011.67 | $0.00 | $1,011.67 | 04/26/2024 |
| | Payment for 4/2024 | | | | | | | |
| 501-0 | FLAGSTAR BANK | | 03/14/2024 | 2034370 | $943.57 | $0.00 | $943.57 | 03/25/2024 |
| | Payment for 3/2024 | | | | | | | |
| 501-0 | FLAGSTAR BANK | | 02/14/2024 | 2033412 | $943.57 | $0.00 | $943.57 | 02/23/2024 |
| | Payment for 2/2024 | | | | | | | |
| 501-0 | FLAGSTAR BANK | | 01/12/2024 | 2032503 | $943.57 | $0.00 | $943.57 | 01/24/2024 |
| | Payment for 1/2024 | | | | | | | |
| 501-0 | FLAGSTAR BANK | | 12/19/2023 | 2031581 | $943.57 | $0.00 | $943.57 | 01/02/2024 |
| | Payment for 12/2023 | | | | | | | |
| 501-0 | FLAGSTAR BANK | | 12/19/2023 | 2031581 | $943.57 | $0.00 | $943.57 | 01/02/2024 |
| | Payment for 11/2023 | | | | | | | |
| 501-0 | FLAGSTAR BANK | | 10/18/2023 | 2029685 | $943.57 | $0.00 | $943.57 | 10/31/2023 |
| | Payment for 10/2023 | | | | | | | |
| 501-0 | FLAGSTAR BANK | | 09/19/2023 | 2028686 | $943.57 | $0.00 | $943.57 | 10/03/2023 |
| | Payment for 9/2023 | | | | | | | |
| 501-0 | FLAGSTAR BANK | | 08/09/2023 | 2027676 | $943.57 | $0.00 | $943.57 | 08/21/2023 |
| | Payment for 8/2023 | | | | | | | |
| 501-0 | FLAGSTAR BANK | | 07/11/2023 | 2026715 | $943.57 | $0.00 | $943.57 | 07/21/2023 |
| | Payment for 6/2023 | | | | | | | |
| 501-0 | FLAGSTAR BANK | | 07/11/2023 | 2026715 | $943.57 | $0.00 | $943.57 | 07/21/2023 |
| | Payment for 7/2023 | | | | | | | |
| 501-0 | FLAGSTAR BANK | | 05/16/2023 | 2024832 | $943.57 | $0.00 | $943.57 | 05/25/2023 |
| | Payment for 5/2023 | | | | | | | |
| 501-0 | FLAGSTAR BANK | | 04/18/2023 | 2023806 | $943.57 | $0.00 | $943.57 | 04/25/2023 |
| | Payment for 4/2023 | | | | | | | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 501-0 | FLAGSTAR BANK | | 03/15/2023 | 2022798 | $927.58 | $0.00 | $927.58 | 03/22/2023 |
| | | | | | | DisbDescrp | Payment for 2/2023 | |
| 501-0 | FLAGSTAR BANK | | 03/15/2023 | 2022798 | $927.58 | $0.00 | $927.58 | 03/22/2023 |
| | | | | | | | Payment for 3/2023 | |
| 501-0 | FLAGSTAR BANK | | 01/18/2023 | 2020784 | $927.58 | $0.00 | $927.58 | 01/27/2023 |
| | | | | | | | Payment for 1/2023 | |
| 501-0 | FLAGSTAR BANK | | 12/13/2022 | 2019795 | $927.58 | $0.00 | $927.58 | 12/22/2022 |
| | | | | | | | Payment for 12/2022 | |
| 501-0 | FLAGSTAR BANK | | 11/16/2022 | 2018840 | $927.58 | $0.00 | $927.58 | 12/08/2022 |
| | | | | | | | Payment for 11/2022 | |
| 501-0 | FLAGSTAR BANK | | 10/18/2022 | 2017783 | $927.58 | $0.00 | $927.58 | 10/26/2022 |
| | | | | | | | Payment for 10/2022 | |
| 501-0 | FLAGSTAR BANK | | 09/13/2022 | 2016753 | $927.58 | $0.00 | $927.58 | 09/20/2022 |
| | | | | | | | Payment for 9/2022 | |
| 501-0 | FLAGSTAR BANK | | 08/17/2022 | 2015699 | $927.58 | $0.00 | $927.58 | 08/24/2022 |
| | | | | | | | Payment for 8/2022 | |
| 501-0 | FLAGSTAR BANK | | 07/13/2022 | 2014653 | $927.58 | $0.00 | $927.58 | 07/21/2022 |
| | | | | | | | Payment for 7/2022 | |
| 501-0 | FLAGSTAR BANK | | 06/14/2022 | 2013685 | $927.58 | $0.00 | $927.58 | 06/23/2022 |
| | | | | | | | Payment for 6/2022 | |
| 501-0 | FLAGSTAR BANK | | 05/17/2022 | 2012634 | $927.58 | $0.00 | $927.58 | 05/25/2022 |
| | | | | | | | Payment for 5/2022 | |
| 501-0 | FLAGSTAR BANK | | 04/12/2022 | 2011572 | $947.67 | $0.00 | $947.67 | 04/20/2022 |
| | | | | | | | Payment for 3/2022 | |
| 501-0 | FLAGSTAR BANK | | 04/12/2022 | 2011572 | $927.58 | $0.00 | $927.58 | 04/20/2022 |
| | | | | | | | Payment for 4/2022 | |
| 501-0 | FLAGSTAR BANK | | 02/16/2022 | 2009581 | $947.67 | $0.00 | $947.67 | 02/25/2022 |
| | | | | | | | Payment for 2/2022 | |
| 501-0 | FLAGSTAR BANK | | 01/19/2022 | 2008583 | $947.67 | $0.00 | $947.67 | 01/25/2022 |
| | | | | | | | Payment for 1/2022 | |
| 501-0 | FLAGSTAR BANK | | 12/15/2021 | 2007572 | $947.67 | $0.00 | $947.67 | 12/23/2021 |
| | | | | | | | Payment for 12/2021 | |
| 501-0 | FLAGSTAR BANK | | 11/16/2021 | 2006550 | $947.67 | $0.00 | $947.67 | 11/24/2021 |
| | | | | | | | Payment for 10/2021 | |
| 501-0 | FLAGSTAR BANK | | 11/16/2021 | 2006550 | $947.67 | $0.00 | $947.67 | 11/24/2021 |
| | | | | | | | Payment for 11/2021 | |
| 501-0 | FLAGSTAR BANK | | 10/14/2021 | 2005504 | $947.67 | $0.00 | $947.67 | 10/26/2021 |
| | | | | | | | Payment for 9/2021 | |
| 501-0 | FLAGSTAR BANK | | 09/14/2021 | 2004486 | $947.67 | $0.00 | $947.67 | 09/27/2021 |
| | | | | | | | Payment for 8/2021 | |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 501-0 | FLAGSTAR BANK | | 08/18/2021 | 2003445 | $947.67 | $0.00 | $947.67 | 08/25/2021 |
| | | | | | | Payment for 7/2021 | | |
| 501-0 | FLAGSTAR BANK | | 07/14/2021 | 2002408 | $947.67 | $0.00 | $947.67 | 07/26/2021 |
| | | | | | | Payment for 6/2021 | | |
| 501-0 | FLAGSTAR BANK | | 06/16/2021 | 2001435 | $947.67 | $0.00 | $947.67 | 06/24/2021 |
| | | | | | | Payment for 5/2021 | | |
| 501-0 | FLAGSTAR BANK | | 05/18/2021 | 2000416 | $947.67 | $0.00 | $947.67 | 06/08/2021 |
| | | | | | | Payment for 4/2021 | | |
| 501-0 | FLAGSTAR BANK | | 04/15/2021 | 1229043 | $947.67 | $0.00 | $947.67 | 04/27/2021 |
| | | | | | | Payment for 2/2021 | | |
| 501-0 | FLAGSTAR BANK | | 04/15/2021 | 1229043 | $947.67 | $0.00 | $947.67 | 04/27/2021 |
| | | | | | | Payment for 3/2021 | | |

**Sub-totals:** $37,744.52 $0.00 $37,744.52

**Grand Total:** $37,744.52 $0.00

# Disbursements for Claim

**Case:** 21-00141  **NATHAN A. STEPLER**

**FLAGSTAR BANK**
5151 CORPORATE DRIVE

TROY, MI  480982639

**Acct No:** Path Valley Rd - PRE-ARREAR

ARREARS - 19759 PATH VALLEY ROAD

Sequence: 24
Modify:
Filed Date:
Hold Code:

|  |  |  |  |
|---|---|---|---|
| Amt Sched: $140,773.00 | Debt: $15,490.36 | Interest Paid: $0.00 | Accrued Int: $0.00 |
| Amt Due: $0.00 | Paid: $15,490.36 | Balance Due: $0.00 |  |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **FLAGSTAR BANK** | | | | | | | |
| 520-0 | FLAGSTAR BANK | | 06/18/2024 | 2037279 | $6,141.84 | $0.00 | $6,141.84 | 06/27/2024 |
| 520-0 | FLAGSTAR BANK | | 04/17/2024 | 2035329 | $285.81 | $0.00 | $285.81 | 04/26/2024 |
| 520-0 | FLAGSTAR BANK | | 03/14/2024 | 2034371 | $335.56 | $0.00 | $335.56 | 03/25/2024 |
| 520-0 | FLAGSTAR BANK | | 02/14/2024 | 2033413 | $335.56 | $0.00 | $335.56 | 02/23/2024 |
| 520-0 | FLAGSTAR BANK | | 01/12/2024 | 2032504 | $335.56 | $0.00 | $335.56 | 01/24/2024 |
| 520-0 | FLAGSTAR BANK | | 12/19/2023 | 2031582 | $279.58 | $0.00 | $279.58 | 01/02/2024 |
| 520-0 | FLAGSTAR BANK | | 10/18/2023 | 2029686 | $333.73 | $0.00 | $333.73 | 10/31/2023 |
| 520-0 | FLAGSTAR BANK | | 09/19/2023 | 2028687 | $835.85 | $0.00 | $835.85 | 10/03/2023 |
| 520-0 | FLAGSTAR BANK | | 08/09/2023 | 2027677 | $389.01 | $0.00 | $389.01 | 08/21/2023 |
| 520-0 | FLAGSTAR BANK | | 07/11/2023 | 2026716 | $323.92 | $0.00 | $323.92 | 07/24/2023 |
| 520-0 | FLAGSTAR BANK | | 05/16/2023 | 2024833 | $344.87 | $0.00 | $344.87 | 05/25/2023 |
| 520-0 | FLAGSTAR BANK | | 04/18/2023 | 2023807 | $343.77 | $0.00 | $343.77 | 04/25/2023 |
| 520-0 | FLAGSTAR BANK | | 03/15/2023 | 2022799 | $687.53 | $0.00 | $687.53 | 03/22/2023 |
| 520-0 | FLAGSTAR BANK | | 01/18/2023 | 2020785 | $804.15 | $0.00 | $804.15 | 01/25/2023 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | FLAGSTAR BANK | | 12/13/2022 | 2019796 | $358.37 | $0.00 | $358.37 | 12/22/2022 |
| 520-0 | FLAGSTAR BANK | | 11/16/2022 | 2018841 | $358.38 | $0.00 | $358.38 | 12/07/2022 |
| 520-0 | FLAGSTAR BANK | | 10/18/2022 | 2017784 | $415.18 | $0.00 | $415.18 | 10/26/2022 |
| 520-0 | FLAGSTAR BANK | | 09/13/2022 | 2016754 | $415.18 | $0.00 | $415.18 | 09/20/2022 |
| 520-0 | FLAGSTAR BANK | | 08/17/2022 | 2015700 | $415.19 | $0.00 | $415.19 | 08/24/2022 |
| 520-0 | FLAGSTAR BANK | | 07/13/2022 | 2014654 | $339.44 | $0.00 | $339.44 | 07/21/2022 |
| 520-0 | FLAGSTAR BANK | | 06/14/2022 | 2013686 | $339.44 | $0.00 | $339.44 | 06/23/2022 |
| 520-0 | FLAGSTAR BANK | | 05/17/2022 | 2012635 | $339.45 | $0.00 | $339.45 | 05/25/2022 |
| 520-0 | FLAGSTAR BANK | | 04/12/2022 | 2011573 | $91.23 | $0.00 | $91.23 | 04/20/2022 |
| 520-0 | FLAGSTAR BANK | | 02/16/2022 | 2009582 | $324.77 | $0.00 | $324.77 | 02/25/2022 |
| 520-0 | FLAGSTAR BANK | | 01/19/2022 | 2008584 | $316.99 | $0.00 | $316.99 | 01/25/2022 |
| | | | | Sub-totals: | $15,490.36 | $0.00 | $15,490.36 | |
| | | | | Grand Total: | $15,490.36 | $0.00 | | |