**Fill in this information to identify the case:**

Debtor 1    Becky L. Stepler

Debtor 2    Nathan A. Stepler
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of PA

Case number   21-00141 HWV

## Form 4100R

# Response to Notice of Final Cure Payment                    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

| Part 1: | Mortgage Information |
| --- | --- |

**Name of Creditor:**     LAKEVIEW LOAN SERVICING, LLC          **Court claim no.** (if known):    4

**Last 4 digits** of any number you use to identify the debtor's account:     7848
**Property address:**

19759 Path Valley Road
Dry Run, PA 17220

| Part 2: | Prepetition Default Payments |
| --- | --- |

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:          $ _____

| Part 3: | Postpetition Mortgage Payment |
| --- | --- |

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | |
| --- | --- | --- |
| a.  Total postpetition ongoing payments due: | (a) | $ 2,023.34 |
| b.  Total fees, charges, expenses, escrow, and costs outstanding: | + (b) | $ 0.00 |
| c.  **Total.** Add lines a and b. | (c) | $ 2,023.34 |

Creditor asserts that the debtor(s) are contractually obligated for       06 / 01 / 2024
the postpetition payment(s) that first became due on:

| **Part 4:** | **Itemized Payment History** |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

| **Part 5:** | **Sign Here** |
|---|---|

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

**✗** /s/ *Brent J. Lemon*
────────────────────
Brent Lemon
30 Jul 2024, 13:00:16, EDT

Date    07/30/2024

       KML Law Group, P.C.
       701 Market Street, Suite 5000
       Philadelphia, PA 16106
       215-627-1322
       bkgroup@kmllawgroup.com
       Attorney for Creditor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Nathan A. Stepler<br>Becky L. Stepler<br><br>                      **Debtor(s)**<br><br>**LAKEVIEW LOAN SERVICING, LLC**<br>                           **Movant**<br>    **vs.**<br><br>**Nathan A. Stepler**<br>**Becky L. Stepler**<br><br>                      **Debtor(s)**<br><br>**Jack N. Zaharopoulos,**<br><br>                    **Trustee** | **BK NO. 21-00141 HWV**<br><br>**Chapter 13**<br><br>**Related to Claim No. 4** |

**CERTIFICATE OF SERVICE**
**RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT**

I, Brent J. Lemon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>July 31, 2024</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

<u>Debtor(s)</u>
Nathan A. Stepler
19759 Path Valley Road
Dry Run, PA 17220

Becky L. Stepler
19759 Path Valley Road
Dry Run, PA 17220

<u>Attorney for Debtor(s) (via ECF)</u>
Nicholas G. Platt,
Mooney Law
230 York Street
Hanover, PA 17331

<u>Trustee (via ECF)</u>
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service:  electronic means or first-class mail.

Dated: <u>July 31, 2024</u>

                      */s/ Brent J. Lemon*
                      Brent J. Lemon
                      Attorney I.D. 86478
                      KML Law Group, P.C.
                      BNY Mellon Independence Center
                      701 Market Street, Suite 5000
                      Philadelphia, PA 19106
                      (412) 475-8764
                      blemon@kmllawgroup.com

# PAYMENT HISTORY

| | | | | MANUAL TRACKING HISTORY | | | | | |

| LOAN NUMBER | | | POST-PETITION | | | | | | |
| FILING DATE | | | PAYMENT CHANGES | | | | | | |
| PAYMENTS IN POC | EFFECTIVE | 02/01/21 | 04/01/22 | 04/01/23 | 04/01/24 | | | | |
| ST POST-PETITION DUE D | AMOUNT | 947.67 | 927.58 | 943.57 | 1011.67 | | | | |

| DATE | PRE-PETITION FUNDS | PAYMENT AMOUNT | MANUAL SUSP | MANUAL SUSP BAL | MANUAL POST PYMT | COMMENTS |
|---|---|---|---|---|---|---|
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| 04/26/21 | | 947.67 | 0.00 | 0.00 | 02/01/21 | |
| 04/26/21 | | 947.67 | 0.00 | 0.00 | 03/01/21 | |
| 04/27/21 | | | 0.00 | 0.00 | | |
| 06/07/21 | | 947.67 | 0.00 | 0.00 | 04/01/21 | |
| 06/08/21 | | | 0.00 | 0.00 | | |
| 06/23/21 | | 947.67 | 0.00 | 0.00 | 05/01/21 | |
| 06/24/21 | | | 0.00 | 0.00 | | |
| 07/23/21 | | 947.67 | 0.00 | 0.00 | 06/01/21 | |
| 07/26/21 | | | 0.00 | 0.00 | | |
| 08/24/21 | | 947.67 | 0.00 | 0.00 | 07/01/21 | |
| 08/25/21 | | | 0.00 | 0.00 | | |
| 09/24/21 | | 947.67 | 0.00 | 0.00 | *08/01/21* | |
| 09/27/21 | | | 0.00 | 0.00 | | |
| 10/25/21 | | 947.67 | 0.00 | 0.00 | 09/01/21 | |
| 10/26/21 | | | 0.00 | 0.00 | | |
| 11/23/21 | | 947.67 | 947.67 | 947.67 | 10/01/21 | |
| 11/24/21 | | 947.67 | (947.67) | 0.00 | 11/01/21 | |
| 11/24/21 | | | 0.00 | 0.00 | | |
| 12/22/21 | | 947.67 | 0.00 | 0.00 | 12/01/21 | |
| 12/23/21 | | | 0.00 | 0.00 | | |
| 01/24/22 | | 947.67 | 0.00 | 0.00 | 01/01/22 | |
| 01/24/22 | 316.99 | | 0.00 | 0.00 | | |
| 01/25/22 | | | 0.00 | 0.00 | | |
| 02/24/22 | | 947.67 | 0.00 | 0.00 | 02/01/22 | |
| 02/24/22 | 324.77 | | 0.00 | 0.00 | | |
| 02/25/22 | | | 0.00 | 0.00 | | |
| 04/19/22 | | 947.67 | 0.00 | 0.00 | 03/01/22 | |
| 04/19/22 | | 927.58 | 0.00 | 0.00 | 04/01/22 | |
| 04/19/22 | 91.23 | | 0.00 | 0.00 | | |
| 04/20/22 | | | 0.00 | 0.00 | | |
| 05/24/22 | | 927.58 | 0.00 | 0.00 | 05/01/22 | |
| 05/24/22 | 339.45 | | 0.00 | 0.00 | | |
| 05/25/22 | | | 0.00 | 0.00 | | |

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 06/16/22 | | | 0.00 | 0.00 | | |
| 06/17/22 | | | 0.00 | 0.00 | | |
| 06/22/22 | | 927.58 | 0.00 | 0.00 | 06/01/22 | |
| 06/22/22 | 339.44 | | 0.00 | 0.00 | | |
| 06/23/22 | | | 0.00 | 0.00 | | |
| 07/20/22 | | 927.58 | 0.00 | 0.00 | 07/01/22 | |
| 07/20/22 | 339.44 | | 0.00 | 0.00 | | |
| 07/21/22 | | | 0.00 | 0.00 | | |
| 08/23/22 | | 927.58 | 0.00 | 0.00 | 08/01/22 | |
| 08/23/22 | 415.19 | | 0.00 | 0.00 | | |
| 08/24/22 | | | 0.00 | 0.00 | | |
| 08/25/22 | | | 0.00 | 0.00 | | |
| 08/25/22 | | | 0.00 | 0.00 | | |
| 09/19/22 | 415.18 | | 0.00 | 0.00 | | |
| 09/19/22 | | 927.58 | 0.00 | 0.00 | 09/01/22 | |
| 09/20/22 | | | 0.00 | 0.00 | | |
| 10/25/22 | 415.18 | | 0.00 | 0.00 | | |
| 10/25/22 | | 927.58 | 0.00 | 0.00 | 10/01/22 | |
| 10/26/22 | | | 0.00 | 0.00 | | |
| 10/27/22 | | | 0.00 | 0.00 | | |
| 12/06/22 | 358.38 | | 0.00 | 0.00 | | |
| 12/07/22 | | 927.58 | 0.00 | 0.00 | 11/01/22 | |
| 12/08/22 | | | 0.00 | 0.00 | | |
| 12/21/22 | 358.37 | | 0.00 | 0.00 | | |
| 12/21/22 | | 927.58 | 0.00 | 0.00 | 12/122 | |
| 12/22/22 | | | 0.00 | 0.00 | | |
| 01/24/23 | 804.15 | | 0.00 | 0.00 | | |
| 01/25/23 | | | 0.00 | 0.00 | | |
| 01/26/23 | | 927.58 | 0.00 | 0.00 | 01/01/23 | |
| 01/27/23 | | | 0.00 | 0.00 | | |
| 03/21/23 | | 927.58 | 0.00 | 0.00 | 02/01/23 | |
| 03/21/23 | | 927.58 | 0.00 | 0.00 | 03/01/23 | |
| 03/21/23 | 687.53 | | 0.00 | 0.00 | | |
| 03/22/23 | | | 0.00 | 0.00 | | |
| 03/23/23 | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| 04/24/23 | 343.77 | | 0.00 | 0.00 | 04/01/23 | |
| 04/24/23 | | 943.57 | 0.00 | 0.00 | | |
| 05/24/23 | | 943.57 | 0.00 | 0.00 | 05/01/23 | |
| 05/24/23 | 344.87 | | 0.00 | 0.00 | | |
| 05/25/23 | | | 0.00 | 0.00 | | |
| 07/20/23 | | 943.57 | 0.00 | 0.00 | 06/01/23 | |
| 07/20/23 | | | 943.57 | 943.57 | | |
| 07/21/23 | 323.92 | | 0.00 | 943.57 | | |
| 08/18/23 | | 943.57 | 0.00 | 943.57 | 07/01/23 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/18/23 | 389.01 | | 0.00 | 943.57 | | |
| 08/21/23 | | | 0.00 | 943.57 | | |
| 10/02/23 | | 943.57 | 0.00 | 943.57 | 08/01/23 | |
| 10/02/23 | 835.85 | | 0.00 | 943.57 | | |
| 10/30/23 | 333.73 | | 0.00 | 943.57 | | |
| 10/30/23 | | 943.57 | 0.00 | 943.57 | 09/01/23 | |
| 10/31/23 | | | 0.00 | 943.57 | | |
| 12/29/23 | | 943.57 | 0.00 | 943.57 | 10/01/23 | |
| 12/29/23 | | 943.57 | 0.00 | 943.57 | 11/01/23 | |
| 12/29/23 | 279.58 | | 0.00 | 943.57 | | |
| 01/22/24 | | 943.57 | 0.00 | 943.57 | 12/01/23 | |
| 01/22/24 | 335.56 | | 0.00 | 943.57 | | |
| 02/22/24 | 335.56 | | 0.00 | 943.57 | | |
| 02/22/24 | | 943.57 | 0.00 | 943.57 | 01/01/24 | |
| 02/23/24 | | | 0.00 | 943.57 | | |
| 03/22/24 | | 943.57 | 0.00 | 943.57 | 02/01/23 | |
| 03/22/24 | 335.56 | | 0.00 | 943.57 | | |
| 04/25/24 | 285.81 | | 0.00 | 943.57 | | |
| 04/25/24 | | 943.57 | 68.10 | 1011.67 | 03/01/24 | |
| 05/30/24 | | 1011.67 | 0.00 | 1011.67 | 04/01/24 | |
| 05/31/24 | | 1011.67 | (1011.67) | 0.00 | 05/01/24 | |
| 06/26/24 | 6141.84 | | 0.00 | 0.00 | | |
| 06/26/24 | | | 0.00 | 0.00 | | |
| 06/26/24 | | | 0.00 | 0.00 | | |
| 06/26/24 | | | 0.00 | 0.00 | | |
| 06/26/24 | | | 0.00 | 0.00 | | |
| 06/26/24 | | | 0.00 | 0.00 | | |
| 06/28/24 | | | 0.00 | 0.00 | | |
| 06/28/24 | | | 0.00 | 0.00 | | |
| 06/28/24 | | | 0.00 | 0.00 | | |
| 06/28/24 | | | 0.00 | 0.00 | | |
| 06/28/24 | | | 0.00 | 0.00 | | |
| 06/28/24 | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |

| | | | 0.00 | 0.00 | | |
|---|---|---|---|---|---|---|
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | 0.00 | 0.00 | |
| | | | 0.00 | 0.00 | |
| | | | 0.00 | 0.00 | |
| | | | 0.00 | 0.00 | |
| | | | 0.00 | 0.00 | |
| | | | 0.00 | 0.00 | |
| | | | 0.00 | 0.00 | |
| | | | 0.00 | 0.00 | |
| | | | 0.00 | 0.00 | |
| | | | 0.00 | 0.00 | |
| | | | 0.00 | 0.00 | |
| | | | 0.00 | 0.00 | |
| | | | 0.00 | 0.00 | |
| | | | 0.00 | 0.00 | |
| | | | 0.00 | 0.00 | |
| | | | 0.00 | 0.00 | |
| | | | 0.00 | 0.00 | |
| | | | 0.00 | 0.00 | |
| | | | 0.00 | 0.00 | |
| | | | 0.00 | 0.00 | |
| | | | 0.00 | 0.00 | |
| | | | 0.00 | 0.00 | |
| | | | 0.00 | 0.00 | |
| | | | 0.00 | 0.00 | |
| | | | 0.00 | 0.00 | |